IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARICK JOHNSON**                                                       **PLAINTIFF**
**#251040**

v.                  Case No: 4:24-cv-01085-JM-PSH

**ERIC HIGGINS**                                                          **DEFENDANT**

## ORDER

Plaintiff Arick Johnson filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on December 10, 2024 (Doc. No. 2). The same day, the Court entered an order directing Johnson to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* application within 30 days. *See* Doc. No. 3. Johnson was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Johnson has not complied or otherwise responded to the December 10 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Johnson's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE