# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARICK JOHNSON**                                                                 **PLAINTIFF**
**#251040**

**v.**                              **Case No: 4:24-cv-01085-JM**

**ERIC HIGGINS**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE